IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-33-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFAULT** |
| | ) | |
| MCNEILL'S PERSONAL PROPERTY, | ) | |
| SPECIFICALLY DESCRIBED AS: | ) | |
| A 1990 VOLVO, VIN: | ) | |
| YV1LT56DXX2576652, CONTAINING A | ) | |
| HIDDEN COMPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the clerk on the Plaintiff's Motion for Entry of Default [DE-11]. The record shows that Plaintiff provided notice by publication as required by Supplemental Rule G(4)(a), direct notice to potential claimant Demetrios Donell McNeill at his place of incarceration as required by Supplemental Rule G(4)(b), and attempted to provide direct notice to potential claimant Shauntia Letrica McNeill by means reasonably calculated to reach her as required by Supplemental Rule G(4)(b). No person has filed a verified claim in this action or answered or pleaded as required by Rule G(5) of the Supplemental Rules.

Accordingly, the motion [DE-11] is GRANTED and default is hereby entered against Defendant pursuant to Rule 55 of the Federal Rules of Civil Procedure.

SO ORDERED. This the _19_ day of June, 2017.

Peter A. Moore, Jr.
Clerk of Court